IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | |
| $229,590.00 in United States Currency<br>Seized from a Safe in the Home of<br>Dallas County Commissioner<br>John Wiley Price | §<br>§<br>§<br>§<br>§ | Civil No. 3:12-CV-893-D<br><br>Under Seal |
| Defendant *In Rem.* | §<br>§ | |

### ORDER TO FILE AND MAINTAIN CASE UNDER SEAL

This matter is before the Court on the amended motion of the United States of America. The Court, having considered the amended motion finds that circumstances exist that provide just cause for the filing of this matter under seal and to order that all documents, pleadings, materials, and other matters be conducted under seal until May 30, 2012.

IT IS THEREFORE ORDERED that this matter is sealed;

IT IS FURTHER ORDERED that all pleadings, documents, materials, and other proceedings conducted in this matter shall be made under seal and shall remain under seal until May 30, 2012.

IT IS FURTHER ORDERED that pursuant to Supplemental Rule G(4)(a)(i) of the Federal Rules of Civil Procedure's Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions that the date on which the United States shall begin publishing notice of this action shall be May 30, 2012.

Signed this 27th day of March, 2012.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

Order Granting Filing and Maintenance of Case Under Seal - Page 1