IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SEALED



| | |
|---|---|
| UNITED STATES OF AMERICA §<br>Plaintiff, §<br>§<br>v. §<br>§<br>$229,590.00 in United States Currency §<br>Seized from a Safe in the Home of §<br>Dallas County Commissioner §<br>John Wiley Price §<br>§<br>$230,763.47 from Dallas County §<br>Commissioner John Wiley Price's Sale §<br>of 7001 Grady Niblo Road, Dallas, §<br>Texas §<br>§<br>Defendants *In Rem.* § | 3:12-CV-893-D |

### *FIRST AMENDED* ORDER TO FILE AND MAINTAIN CASE UNDER SEAL

This matter is before the Court on the second amended motion of the United States of America to file and maintain this action under seal. The Court, having considered the second amended motion, finds that circumstances exist that provide just cause for extending the publication and the sealing of this matter and to order that all documents, pleadings, materials, and other matters be conducted under seal until May 31, 2012. The Court further finds just cause for modifying the sealing of this matter so that after May 31, 2012, the original Verification Affidavit and First Amended Verification Affidavit of FBI Special Agent Donald B. Sherman shall remain sealed until further order of this Court. In place of the original affidavits, the United States District Clerk of Court shall

substitute redacted versions which are to be provided by the United States Attorney's Office.

IT IS THEREFORE ORDERED that this matter shall remain sealed until May 31, 2012;

IT IS FURTHER ORDERED that all pleadings, documents, materials, and other proceedings conducted in this matter shall be made under seal and shall remain under seal until May 31, 2012;

IT IS FURTHER ORDERED that after May 31, 2012, the original Verification Affidavit and First Amended Verification Affidavit of FBI Special Agent Donald B. Sherman shall remain sealed until further order of this Court. In place of the original affidavits, the United States District Clerk of Court shall unseal redacted versions of these affidavits which the United States Attorney's Office is directed to provide the Clerk.

IT IS FURTHER ORDERED that pursuant to Supplemental Rule G(4)(a)(i) of the Federal Rules of Civil Procedure's Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions that the date on which the United States shall begin publishing notice of this action shall now be May 31, 2012.

Signed this 29th day of May, 2012.

SO ORDERED.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

*First Amended* Order Granting Filing and Maintenance of Case Under Seal - Page 2