IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| $229,590.00 in United States Currency | § | |
| Seized from a Safe in the Home of | § | Case No. 3:12-CV-893-D |
| Dallas County Commissioner | § | |
| John Wiley Price | § | ECF |
| | § | |
| $230,763.47 from Dallas County | § | |
| Commissioner John Wiley Price's | § | |
| Sale of 7001 Grady Niblo Road, | § | |
| Dallas, Texas | § | |
| | § | |
| Defendants *In Rem*. | § | |

## DAPHENY FAIN'S CLAIM TO DEFENDANT PROPERTY

In accordance with Federal Rule of Civil Procedure G(5)(1), Dapheny Fain hereby files her claim for the following defendant property.

I.

1. The specific property claimed is $114, 590.00 in United States currency seized from a safe in the home of John Wiley Price.

2. The $114,590.000 is Fain's personal property and was being held by Price solely for safekeeping.

II.

Attached as Exhibit 1 is Claimant's Oath that the foregoing is true and correct under penalty of perjury.

Respectfully submitted,

/s/ *Thomas W. Mills, Jr.*
THOMAS W. MILLS, JR.
State Bar No. 14167500
MILLS & WILLIAMS, L.L.P.
Premier Place, Suite 980
5910 N. Central Expressway
Dallas, Texas 75206-5141
tmills@millsandwillilams.com
(214) 265-9265
(214) 363-3167 (facsimile)

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2012, I electronically filed the foregoing instrument, using the ECF system of this Court. A copy of this instrument is being provided to all counsel of record via the ECF system of the court.

/s/ *Thomas W. Mills, Jr.*
THOMAS W. MILLS, JR.