IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>$229,590.00 in United States Currency<br>Seized from a Safe in the Home of<br>Dallas County Commissioner<br>John Wiley Price<br><br>$230,763.47 from Dallas County<br>Commissioner John Wiley Price's Sale<br>of 7001 Grady Niblo Road, Dallas,<br>Texas<br><br>Defendants *In Rem.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 3:12-CV-893-D |

## NOTICE OF PUBLICATION

The attached exhibits demonstrate that the United States posted notice of this forfeiture action on an official government Internet site (www.forfeiture.gov) for at least 30 consecutive days beginning May 31, 2012, as ordered by this Court and as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

**Notice of Publication (Price) - Page 1**

Respectfully submitted,

SARAH R. SALDAÑA
United States Attorney

/s/ *Walt M. Junker*
Assistant United States Attorney
Texas State Bar No. 24038115
1100 Commerce St., Third Floor
Dallas, Texas 75242-1699
Telephone: (214) 659-8600
Fax: (214) 659-8805
walt.junker@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on August 2, 2012, true and correct copies of this notice were served on William M. Ravkind and Thomas W. Mills, Jr. as counsel for potential claimants John Wiley Price and Dapheny Fain by electronically filing the pleading with the clerk of court for the U.S. District Court, Northern District of Texas using the electronic case filing ("ECF") system.

/s/ *Walt M. Junker*
Assistant United States Attorney