IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| $229,590.00 in United States Currency | § | 3:12-CV-0893-D |
| Seized from a Safe in the Home of | § | |
| Dallas County Commissioner | § | |
| John Wiley Price | § | |
| | § | |
| $230,763.47 from Dallas County | § | |
| Commissioner John Wiley Price's Sale | § | |
| of 7001 Grady Niblo Road, Dallas, | § | |
| Texas | § | |
| | § | |
| Defendants *In Rem.* | § | |

## ORDER

The government's October 31, 2012 unopposed motion for leave to combine (1) the government's response to Price's motion to file his answer out-of-time and (2) the government's motions to strike Price and Fain as litigants in this proceeding and to seek a default judgment in favor of the government is granted. The court finds the motion well taken and authorizes the combined document with a page limitation of 25 pages, not including the table of contents, table of authorities, and signature pages or certificates of conference. For the combined document, the government must comply with the local civil rules for filing a motion and brief in all other respects.

SO ORDERED.

October 31, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE