IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>Plaintiff, §<br>v. §<br>§<br>$229,590.00 in United States Currency §<br>Seized from a Safe in the Home of §<br>Dallas County Commissioner §<br>John Wiley Price §<br>§<br>$230,763.47 from Dallas County §<br>Commissioner John Wiley Price's Sale §<br>Of 7001 Grady Niblo Road, Dallas, §<br>Texas §<br>Defendants *In Rem*. § | No. 3:12-CV-00893-D |

**NOTICE OF ENTRY OF APPEARANCE OF CO-COUNSEL
AND REQUEST FOR NOTICES**

The United States of America, by and through the United States Attorney for the Northern District of Texas, respectfully advises the Court and other parties to this action that Katherine Miller, Assistant United States Attorney, Northern District of Texas, hereby enters her appearance as co-counsel for the United States, and requests that she be served with copies of all notices and pleadings in this case.

**Notice of Entry of Appearance as Co-Counsel - Page 1**

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ Katherine Miller
KATHERINE MILLER
Assistant United States Attorney
Texas State Bar Number 00789107
1100 Commerce Street, Suite 300
Dallas, Texas 75242
214.659.8600
214.659.8812 (fax)

**Certificate of Service**

I hereby certify that on November 05, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system will send a "Notice of Electronic Filing" to all attorneys of record.

/s/ Katherine Miller
KATHERINE MILLER
Assistant United States Attorney