IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| $229,590.00 in United States Currency | § | 3:12-CV-893-D |
| Seized from a Safe in the Home of | § | |
| Dallas County Commissioner | § | |
| John Wiley Price | § | **ECF** |
| | § | |
| $230,763.47 from Dallas County | § | |
| Commissioner John Wiley Price's Sale | § | |
| of 7001 Grady Niblo Road, Dallas, | § | |
| Texas | § | |
| | § | |
| Defendants *In Rem.* | § | |

## **O R D E R**

ON THIS DAY came on to be considered Commissioner John Wylie Price's Response to the

Government's Motion to Strike Price as a Litigant and the Government's Motion to Grant a Default

Judgment and, after consideration of same, is of the opinion that:

the Government's Motion to Strike Price as a Litigant is DENIED; and

the Government's Motion to Grant a Default Judgment is DENIED.

SIGNED AND ENTERED ON this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE