**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **$229,590.00 in United States Currency** | § | |
| **Seized from a Safe in the Home of** | § | Case No. 3:12-CV-893-D |
| **Dallas County Commissioner** | § | |
| **John Wiley Price** | § | ECF |
| | § | |
| **$230,763.47 from Dallas County** | § | |
| **Commissioner John Wiley Price's** | § | |
| **Sale of 7001 Grady Niblo Road,** | § | |
| **Dallas, Texas** | § | |
| | § | |
| **Defendants** *In Rem*. | § | |

# ORDER

Upon consideration of Daphney Fain's motion for extension to answer interrogatories, such motion is hereby GRANTED.

Signed on this the _____ day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE

Order Granting Fain's Motion for Extension to Answer Interrogatories