# EXHIBIT A

**Junker, Walt (USATXN)**

**From:** Junker, Walt (USATXN)
**Sent:** Thursday, November 15, 2012 12:33 PM
**To:** Tom Mills (tmills@millsandwilliams.com)
**Subject:** Dapheny Fain Interrogatories

Mr. Mills,

     I understand that you are upset, but I believe you are overreacting. I acknowledge that I did not try to reach you over the holiday weekend. We can disagree about the call on November 9th, but the number of calls is not the point. I was simply trying to give you an opportunity to seek another extension even though I am not obligated to do so. I also understand that there is a difference in degree between Fain being two days late and Price being over two and a half months late.

     ---Walt M. Junker

This e-mail (and any attachments) contains **CONFIDENTIAL INFORMATION**, which may also be **LEGALLY PRIVILEGED ATTORNEY WORK PRODUCT AND/OR EXEMPT FROM DISCLOSURE** under applicable law. It is intended only for the use of the addressee(s) named above and is the property of the United States Attorney's Office. If you are not the intended recipient of this information, you are hereby notified that any disclosure, dissemination, distribution, copying, or taking any action based upon this information is strictly prohibited. If you have received this e-mail in error, please erase all copies of the message and its attachments and notify this office by telephone or e-mail immediately.

**Walt M. Junker**
**Assistant United States Attorney**
**UNITED STATES' ATTORNEY'S OFFICE**
**1100 COMMERCE STREET, SUITE 300, DALLAS, TX 75242-1699.**
**Tel. (214) 659-8630 or** Walt.Junker@usdoj.gov

---

**From:** Tom Mills [mailto:tmills@millsandwilliams.com]
**Sent:** Wednesday, November 14, 2012 3:43 PM
**To:** Junker, Walt (USATXN)
**Subject:** RE: Dapheny Fain Interrogatories

I believe you did say that you were withdrawing or keeping on hold the interrogatories. I believe you take liberties by stating something broadly and then interpreting it to your advantage later very narrowly. For example, while I missed your call Nov. 8, my records show NO call Nov. 9 or 10 or 11 or 12, and yet you wrote me as though you had been trying SOOO hard to get in touch with me, and I was just negligently not returning your calls. That is not true. I believe the Fain situation is different from the Ravkind situation. I believe you are being wrong and unfair in your position.

**From:** Junker, Walt (USATXN) [mailto:Walt.Junker@usdoj.gov]
**Sent:** Wednesday, November 14, 2012 1:46 PM

1

**To:** Tom Mills
**Subject:** FW: Dapheny Fain Interrogatories

Mr. Mills

    I am following up on our conversations at about 6:15 p.m. yesterday and about 11:30 a.m. today. As we discussed, I believe that Ms. Fain's extended deadline to serve her responses to the special interrogatories expired on November 12, 2012. In the unlikely event that November 12th would be excludable as Veteran's Day, I called to give you the opportunity to file for an extension before the end of the day. It was my understanding that you decided to wait until today and then intended to either file another request for an extension with the Court or to seek to serve late responses to the special interrogatories. You were also going to call me before doing either so that we could discuss whether or not the Government would consent to a late request for an extension.

    When AUSA Miller and I returned your call today, you told me that you would be seeking another extension. I informed you that, to be consistent, the Government is taking the same position with Fain that it has taken with Price's missing of the special interrogatory deadline. The Government will not consent to an extension, but it will not file a motion to compel responses to the special interrogatories until after the court has ruled on the Government's motions to strike and for a default judgment. If Fain is struck as a litigant, responses to the special interrogatories will not be necessary. For now, this should address your concerns that responding to the special interrogatories will harm your client's Fifth Amendment rights.

    I also acknowledge that in both conversations you said that you believed that the Government had withdrawn its special interrogatories on Fain. Both times I said that this was not the case and referred you to the e-mail chain below. Although we did not discuss it, part of the reason that the Government is not consenting to an extension is because of the prior circumstances surrounding Fain's special interrogatories. Although the Government would have preferred to wait, I had you served with the special interrogatories before you filed your motion to stay so that you could request an extension of time to respond to the interrogatories at the same time that you made your alternative motion for an extension on your time to file an answer. Yet you failed to do so. You did not seek an extension of time on the special interrogatories until the day they were due and only after I called to remind you. As I said today, the Government is not responsible for reminding you of your own deadlines.

---Walt M. Junker


This e-mail (and any attachments) contains **CONFIDENTIAL INFORMATION**, which may also be **LEGALLY PRIVILEGED ATTORNEY WORK PRODUCT AND/OR EXEMPT FROM DISCLOSURE** under applicable law. It is intended only for the use of the addressee(s) named above and is the property of the United States Attorney's Office. If you are not the intended recipient of this information, you are hereby notified that any disclosure, dissemination, distribution, copying, or taking any action based upon this information is strictly prohibited. If you have received this e-mail in error, please erase all copies of the message and its attachments and notify this office by telephone or e-mail immediately.

**Walt M. Junker**
**Assistant United**     States Attorney
**UNITED STATES'**     **ATTORNEY'S OFFICE**
**1100**     **COMMERCE STREET, SUITE 300, DALLAS, TX 75242-1699.**



Tel. (214) 659-8630 or Walt.Junker@usdoj.gov

---

**From:** Junker, Walt (USATXN)
**Sent:** Tuesday, November 13, 2012 6:14 PM
**To:** Tom Mills (tmills@millsandwilliams.com)
**Subject:** Dapheny Fain Interrogatories

Mr. Mills,

      I've been trying to reach you since last Thursday. I know that you returned one of my calls at about 3:15 today, but I missed you. The reason I have been trying to reach you is that I thought we were going to discuss Fain's special interrogatories before they became due. However, I believe they were due yesterday— unless Veteran's Day doesn't count, in which case they were due today.

      ---Walt M. Junker

---

**From:** Junker, Walt (USATXN)
**Sent:** Friday, October 26, 2012 1:04 PM
**To:** 'Tom Mills'
**Cc:** Adrienne Dunn
**Subject:** RE: re Dapheny Fain and John Wiley Price

Let's say Tuesday. I have to file on Thursday.

      ---Walt M. Junker

---

**From:** Tom Mills [mailto:tmills@millsandwilliams.com]
**Sent:** Friday, October 26, 2012 12:52 PM
**To:** Junker, Walt (USATXN)
**Cc:** Adrienne Dunn
**Subject:** Re: re Dapheny Fain and John Wiley Price

What part of the week shall I call? Tom

Sent from my iPhone

On Oct 26, 2012, at 12:49 PM, "Junker, Walt (USATXN)" <Walt.Junker@usdoj.gov> wrote:

> Thank you. I have also waived off the agents since neither you nor Mr. Ravkind presently want to see the cash. As to the other matters we discussed, I will be filing a response to Price's motion to file out-of-time on or about November 1st. I currently plan to combine that response with a motion to strike Price and Fain as litigants and seek a default judgment against them.
>
> I will be more certain of the Government's plans after this weekend. Please contact me next week and we can discuss the special interrogatories. The Government might be able to narrow them or to consent to an extension of time for their response so that the Court will have time to

3

rule on the motions to strike and grant default judgment. Obviously, if Fain is struck from the proceedings, the Government will not need her responses to the special interrogatories.

---Walt M. Junker

This e-mail (and any attachments) contains **CONFIDENTIAL INFORMATION**, which may also be **LEGALLY PRIVILEGED ATTORNEY WORK PRODUCT AND/OR EXEMPT FROM DISCLOSURE** under applicable law. It is intended only for the use of the addressee(s) named above and is the property of the United States Attorney's Office. If you are not the intended recipient of this information, you are hereby notified that any disclosure, dissemination, distribution, copying, or taking any action based upon this information is strictly prohibited. If you have received this e-mail in error, please erase all copies of the message and its attachments and notify this office by telephone or e-mail immediately.

**Walt M. Junker**
**Assistant United States Attorney**
**UNITED STATES' ATTORNEY'S OFFICE**
**1100 COMMERCE STREET, SUITE 300, DALLAS, TX 75242-1699.**
**Tel. (214) 659-8630 or** Walt.Junker@usdoj.gov

---

**From:** Tom Mills [mailto:tmills@millsandwilliams.com]
**Sent:** Friday, October 26, 2012 10:15 AM
**To:** Junker, Walt (USATXN)
**Cc:** Tom Mills; Adrienne Dunn
**Subject:** re Dapheny Fain

Walt, I am not going to be filing an Amended Claim For Property.

Regards, Tom

4