IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | **SEALED ORDER** |
| v. | § | |
| | § | |
| $229,590.00 in United States Currency | § | 3:12-CV-893-D |
| Seized from a Safe in the Home of | § | |
| Dallas County Commissioner | § | |
| John Wiley Price | § | ECF |
| | § | |
| $230,763.47 from Dallas County | § | |
| Commissioner John Wiley Price's Sale | § | |
| of 7001 Grady Niblo Road, Dallas, | § | |
| Texas | § | |
| | § | |
| Defendants *In Rem.* | § | |

AGREED ORDER TO STAY PROCEEDINGS

Having reviewed and considered the joint motion to stay these proceedings, the Court finds that good cause exists pursuant to 18 U.S.C. §981(g)(1) and (2) to stay this civil forfeiture action until the conclusion of the parallel criminal investigation and any related criminal case resulting therefrom.  IT IS THEREFORE ORDERED that the proceedings in this case are stayed until further order of this court.

Signed this 12th day of April, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

AGREED:

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

**/s/ Walt M. Junker**
WALT M. JUNKER
Assistant United States Attorney
1100 Commerce St., Third Floor
Dallas, Texas 75242-1699
Tel: 214.659.8630; Fax: 214.659.8805
Email: walt.junker@usdoj.gov
State Bar No. 24038115
ATTORNEY FOR PLAINTIFF

**/s/ William M. Ravkind (by Claimant's counsel with permission)**


**/s/ Thomas W. Mills, Jr. (by Claimant's counsel with permission)**
THOMAS W. MILLS, JR.
Mills & Williams, LLP
Premier Place, Suite 980
5910 N. Central Expressway
Dallas, Texas 75206-5141
Tel: 214.265.9265; Fax: 214.363.3167
Email: tmills@millsandwilliams.com
State Bar No. 14167500
ATTORNEY FOR CLAIMANT
DAPHENY FAIN

WILLIAM M. RAVKIND
Ravkind & Associates, LLC
One Meadows Building
5005 Greenville Avenue, Suite 200
Dallas, Texas 75206
Tel:  214.559.0555; Fax: 214.363.9979
Email: BRavkind@JohnHCarney.com
State Bar No. 16587300
ATTORNEY FOR CLAIMANT
JOHN WILEY PRICE