IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>$229,590.00 in United States Currency Seized from a Safe in the Home of Dallas County Commissioner John Wiley Price<br><br>$230,763.47 from Dallas County Commissioner John Wiley Price's Sale of 7001 Grady Niblo Road, Dallas, Texas<br><br>Defendants *In Rem.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 3:12-CV-0893-D |

## ORDER TO UNSEAL DOCUMENT NUMBER 56

Upon consideration of plaintiff's unopposed motion to unseal document number 56, it is hereby ORDERED that the United States District Clerk of Court shall unseal document number 56 filed in this action.

**SO ORDERED**.

April 19, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE