IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| $229,590.00 in United States Currency | § | |
| Seized from a Safe in the Home of | § | |
| Dallas County Commissioner | § | Civil Action No. 3:12-CV-0893-D |
| John Wiley Price | § | |
| | § | |
| $230,763.47 from Dallas County | § | |
| Commissioner John Wiley Price's | § | |
| Sale of 7001 Grady Niblo Road, | § | |
| Dallas, Texas | § | |
| | § | |
| Defendants *In Rem*. | § | |

## ORDER

In view of the court's April 12, 2013 order in this case and the indictment returned in *United States v. John Wiley Price, et al.*, Criminal No. 3:14-CR-293-M, the court intends to close this civil action for statistical purposes, without prejudice to reopening it statistically for cause. Any objection to this statistical closure must be made in writing and filed no later than September 2, 2014.

**SO ORDERED**.

August 19, 2014.

SIDNEY A. FITZWATER
CHIEF JUDGE